# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **ROBBIE JOHNSON, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | NO. 21-cv-01161-STA-jay |
| vs. ) | |
| ) | |
| **TYSON FOODS, INC., a corporation and** ) | |
| **RONDA GOOCH, HR Manager of** ) | |
| **Tyson Foods,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER DENYING MOTION TO DISMISS AS MOOT

In light of the filing of an amended complaint by Plaintiff, Defendants' motion to dismiss is **DENIED** as moot. (ECF No. 14.) *See Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000) (holding that the amended complaint supersedes all previous complaints and becomes the operative pleading)); *see also Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 (W.D. Mich. 2008) ("Because the original complaint has been superseded and nullified, there is no longer a live dispute about the propriety or merit of the claims asserted therein; therefore, any motion to dismiss such claims is moot.")

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: November 22, 2021