IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBBIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 1:21-cv-01161-STA-jay |
| ) | |
| TYSON FOODS, INC. and ) | |
| RHONDA GOOCH, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| STATE OF TENNESSEE, ) | |
| ) | |
| Intervenor. ) | |

**ORDER GRANTING STATE OF TENNESSEE'S MOTION FOR RELIEF FROM PARTICIPATION IN ALTERNATIVE DISPUTE RESOLUTION**

The State of Tennessee has moved for relief from the Court-directed Alternative Dispute Resolution ("ADR") procedures pursuant to LR 16.3(e) and ADR Plan Rule 2.2(a) in this action. The State argues that there is no reasonable chance that its participation in ADR will be productive for Plaintiff or Defendants because the State: (1) is unable to provide relief in ADR to either party; and (2) the State intervened in this matter only for the limited purpose of defending the constitutionality of its statutes. (ECF No. 54.) Counsel for Plaintiff and counsel for Defendants do not object to the State's requested relief.

For good cause shown, the State's Motion is **GRANTED**. The State is hereby relieved from any obligation to participate in ADR in this matter.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: March 1, 2023